FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 06 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELA DENISE GRUBB | Criminal Information<br><br>No. 1:24-CR-0126 |

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about April 2011 until in or about December 2020, in the Northern District of Georgia, the defendant, ANGELA DENISE GRUBB, knowingly and willfully stole, purloined, and converted to her use a thing of value of the United States exceeding the sum of $1,000, namely, over $235,000 which represented monthly payments issued by the United States Department of Treasury, on behalf of the Social Security Administration, to L.T., who died on or about March 12, 2011 and was no longer entitled to receive those payments, in violation of Title 18, United States Code, Section 641.

RYAN K. BUCHANAN
 *United States Attorney*
*Diane C. Schulman*
DIANE C. SCHULMAN
 *Special Assistant United States Attorney*
Georgia Bar No. 497764

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181